MARTIN HUTCHINSON, an Infant, by GEORGE H. HUTCHINSON, his Guardian ad Litem, Respondent, *v.* THE ATLANTIC AVENUE RAILROAD COMPANY OF BROOKLYN, Appellant.

*Hutchinson* v. *Atlantic Ave. R. R. Co.*, 33 App. Div. 569, affirmed.
(Argued December 7, 1899; decided January 9, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered October 14, 1898, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*James R. Soley* for appellant.

*J. Stewart Ross* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not voting.

---

WILLIAM H. SHAFFER, as Administrator de Bonis Non of the Estate of GEORGE A. BARTHOLICK, Deceased, Appellant, *v.* THEODORE BACON et al., Respondents.

*Shaffer* v. *Bacon*, 35 App. Div. 248, affirmed.
(Argued December 12, 1899; decided January 9, 1900.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 14, 1898, affirming a judgment in favor of defendants entered upon a dismissal of the complaint at a Trial Term.

*William De Graff* for appellant.

*Henry Selden Bacon* for respondents.

Judgment affirmed, with costs; no opinion.
All concur.